# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONTANA DEPARTMENT OF REVENUE,<br><br>    Petitioner-Appellee,<br><br>vs.<br><br>TIMOTHY L. BLIXSETH<br><br>    Respondent-Appellant. | Case No.:2:13-cv-01324-JAD<br><br>**ORDER** |

Montana Department of Revenue's (MDOR's) Emergency Motion for Clarification of the Briefing Schedule [#51] is DENIED. The Court finds that its briefing order [#42] is clear: the trigger date was the Ninth Circuit's Order date, not the date of that order's ultimate entry in this Court's docket. It appears that the motion [#51 ] should more properly be characterized as one for an extension of time. The Court finds good cause for that extension.

Accordingly, **IT IS HEREBY ORDERED** that MDOR's deadline to file its principal brief is extended to August 7, 2014; Mr. Blixseth shall then have 30 days from service of MDOR's brief to file his response and principal brief on cross-appeal; MDOR shall then have 30 days from service of Mr. Blixseth's brief to file its reply and response brief, and Mr. Blixseth shall then have 30 days from service of MDOR's brief to file his reply brief on cross-appeal.

Dated: July 18, 2014.

_____
Jennifer A. Dorsey
United States District Court Judge