# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MONTANA DEPARTMENT OF REVENUE,<br><br>　　　　Petitioner-Appellee,<br><br>vs.<br><br>TIMOTHY L. BLIXSETH<br><br>　　　　Respondent-Appellant. | Case No.:2:13-cv-01324-JAD<br><br>Bankruptcy Appeal From Dismissal of Involuntary Chapter 7 (Bankr. Case # 11-15010-BAM)<br><br>**Order Granting Fox Rothschild, LLC's Motion to Withdraw as Counsel for Timothy L. Blixseth (#53)** |

　　This matter comes before the court on John H. Gutke's Motion on behalf of the law firm of Fox Rothschild, LLP, to withdraw as counsel for Appelee and Cross-Appellant, Timothy L. Blixseth, filed on July 28, 2014.[1]  Gutke represents that Blixseth is unable to fulfill his financial obligations to Fox Rothschild.  Local Rule IA 10-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of court after notice served on the affected client and opposing counsel."  After reviewing the motion the Court finds good cause for the withdrawal.

---

[1] Doc. 53.

Page 1 of 2

1  Accordingly, **IT IS HEREBY ORDERED** that John Gutke's motion on behalf of
2  Fox Rothschild, LLP, to withdraw as counsel for Timothy L. Blixseth (#53) is
3  **GRANTED**.

4  **IT IS FURTHER ORDERED** that the Clerk of Court shall add Timothy L.
5  Blixseth's last known address to the civil docket in this case: 1605 73rd Avenue NE,
6  Medina, Washington 98039.  The Clerk of Court shall mail a copy of this order to Mr.
7  Blixseth at this address.

8  **IT IS FURTHER ORDERED** that Mr. Blixseth notify the court by filing a
9  document titled "Status Report" by August 15, 2014, stating whether he intends to retain
10 new counsel or represent himself in this matter and proceed in a pro se capacity.

11 Dated: July 31, 2014.

_____
Jennifer A. Dorsey
United States District Court Judge