# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

### Case No. 2:13-cv-01324-JAD

---

| | |
|---|---|
| MONTANA DEPARTMENT OF REVENUE,<br>    Appellant, | Appeal from the Bankruptcy Court for<br>the District of Nevada |
| v. | Bankr. No. 11-15010-BAM;<br>*In re Timothy L. Blixseth*;<br>Involuntary Chapter 7 |
| TIMOTHY L. BLIXSETH,<br>    Appellee, | |

---

## <u>APPELLANT'S EXCERPTS OF RECORD</u>

---

Rodney M. Jean
NV Bar # 1395
rjean@lionelsawyer.com
Lionel Sawyer & Collins
300 S. 4ᵗʰ St., Suite #1700
Las Vegas, NV 89101
(702) 383-8830
(702) 383-8845 (fax)

Lynn Hamilton Butler
TX Bar #03527350
lynn.butler@huschblackwell.com
Husch Blackwell LLP
111 Congress Avenue, Suite #1400
Austin, TX 78701
(512) 472-5456
(512) 479-1101 (fax)
Admitted *Pro Hac Vice*

Keith A. Jones
MT Bar #6518
kjones@mt.gov
Special Assistant Attorney General
Montana Dept. of Revenue, Legal Services Office
125 North Roberts Street / P.O. Box 7701
Helena, MT  59604-7701
(406) 444-5884
Admitted *Pro Hac Vice*

*Attorneys for Appellant Montana Department of Revenue*

## Table of Contents

| MER Volume | MER Tab | MER Pages | Bankr. Ct. Docket No. | Description |
|---|---|---|---|---|
| | | | | *Relevant Bankruptcy Court Orders* |
| 1 | 1. | MER00001-MER00017 | 528 | Order Granting Motion to Dismiss Involuntary Case |
| 1 | 2. | MER00018-MER00038 | 512 (including exhibits) | Omnibus Ruling on Evidentiary Objections |
| | | | | *Involuntary Petition (and Withdrawals and Joinder)* |
| 1 | 3. | MER00039-MER00042 | 1 | Chapter 7 Involuntary Petition dated April 5, 2011 (Exhibit BX marked at Hearing on Motion to Dismiss: Involuntary Petition) |
| 1 | 4. | MER00043-MER00044 | 20 | Idaho State Tax Commission's Withdrawal of Participation |
| 1 | 5. | MER00045-MER00048 | 26 | California Franchise Tax Board's Withdrawal of Participation |
| 1 | 6. | MER00049-MER00058 | 359 | Joinder in Involuntary Petition by Yellowstone Club Liquidating Trust |
| | | | | *Pre-Hearing Briefing* |
| 1 | 7. | MER00059-MER00079 | 309 | Timothy L. Blixseth's Amended Motion to Dismiss Case and Memorandum of Points and Authorities in Support Thereof |
| 1 | 8. | MER00080-MER00116 | 437 | Montana Department of Revenue's Opposition to Mr. Blixseth's Amended Motion to Dismiss |
| 1 | 9. | MER00117-MER00124 | 438 | Errata to Petitioning Creditor Montana Department of Revenue's Opposition to Mr. Blixseth's Amended Motion to Dismiss |
| 1 | 10. | MER00125-MER00141 | 470 | Timothy L. Blixseth's Reply to Montana Department of Revenue's Opposition to Amended Motion to Dismiss |
| | | | | *Hearing Transcripts* |
| 1 | 11. | MER00141-MER00232 | 496 | Transcript of Hearing on Motion to Dismiss held on 6/13/2013, A.M. |

i

| MER Volume | MER Tab | MER Pages | Bankr. Ct. Docket No. | Description |
|---|---|---|---|---|
| 2 | 12. | MER00233-MER00282 | 499 | These pages are intentionally blank.  This document is not a full and accurate transcript of the afternoon hearing on the Motion to Dismiss held June 13, 2013.  See Volume 8, Tab 70 for the full transcript. |
| 2 | 13. | MER00283-MER00407 | 497 | Transcript of Hearing on Motion to Dismiss held on 06/14/2013 A.M. |
| 3 | 14. | MER00408-MER00533 | 498 | Transcript of  Hearing on Motion to Dismiss held on 06/14/2013 P.M. |
|  |  |  |  | ***Post-Hearing Briefing and Selected Filings*** |
| 3 | 15. | MER00534-MER00568 | 511 | Yellowstone Club Liquidating Trust's Post-Trial Memorandum in Support of the Involuntary Petition Under Section 303 of the Bankruptcy Code |
| 3 | 16. | MER00569-MER00626 | 515 | Timothy L. Blixseth's Post-Trial Closing Brief in Support of Amended Motion to Dismiss |
| 4 | 17. | MER00627-MER00684 | 516 | Petitioning Creditor Montana Department of Revenue's Closing Arguments in the Evidentiary Hearing on Mr. Blixseth's Amended Motion to Dismiss |
| 4 | 18. | MER00685 | 529 | Order of Reassignment of the Bankruptcy Case from Judge Markell to Judge Thurman |
| 4 | 19. | MER00686-MER00707 | 541 | Montana Department of Revenue's Notice of Appeal<br><br>*This Notice of Appeal was also filed as Docket No. 1 in the District Court of Nevada |
|  |  |  |  | ***Hearing Exhibits re. California Claim*** |
| 4 | 20. | MER00708-MER00776 | N/A | Exhibit AA marked at Hearing on Motion to Dismiss:  California Tax Return (2007) |
| 4 | 21. | MER00777 | N/A | Exhibit AB marked at Hearing on Motion to Dismiss:  California Notice of State Tax Lien (April 22, 2009) |
| 4 | 22. | MER00778-MER00783 | N/A | Exhibit AC marked at Hearing on Motion to Dismiss:  Email exchange (re. Nunc Pro Tunc) dated April 18, 2011 |

| MER Volume | MER Tab | MER Pages | Bankr. Ct. Docket No. | Description |
|---|---|---|---|---|
| 4 | 23. | MER00784-MER00820 | N/A | Exhibit AG marked at Hearing on Motion to Dismiss:  CFTB Certified Documents; Notices and Orders |
| 4 | 24. | MER00821-MER00824 | N/A | Exhibit AH marked at Hearing on Motion to Dismiss:  Settlement Agreement |
| | | | | ***Hearing Exhibits re. Idaho Claim*** |
| 5 | 25. | MER00825-MER00883 | N/A | Exhibit AJ marked at Hearing on Motion to Dismiss:  Idaho Tax Return (2005) |
| 5 | 26. | MER00884-MER00928 | N/A | Exhibit AK marked at Hearing on Motion to Dismiss:  Idaho Tax Return (2007) |
| 5 | 27. | MER00929-MER00979 | N/A | Exhibit AL marked at Hearing on Motion to Dismiss:  Idaho Tax Return (2008) |
| 5 | 28. | MER00980-MER00981 | N/A | Exhibit AM marked at Hearing on Motion to Dismiss :  Idaho Notice of Deficiency Determination (January 12, 2009) |
| 5 | 29. | MER00982-MER00983 | N/A | Exhibit AN marked at Hearing on Motion to Dismiss :  Idaho Notice of Deficiency Determination (January 7, 2010) |
| 5 | 30. | MER00984-MER00988 | N/A | Exhibit 42 marked at Hearing on Motion to Dismiss:   Idaho Notice of Deficiency Determination (December 2, 2010) |
| 5 | 31. | MER00989-MER00990 | N/A | Exhibit 43 marked at Hearing on Motion to Dismiss:  Idaho Notice of Deficiency Determination (March 1, 2011) |
| 5 | 32. | MER00991 | N/A | Exhibit AO marked at Hearing on Motion to Dismiss:  Idaho Notice and Demand (February 4, 2009) |
| 5 | 33. | MER00992-MER00993 | N/A | Exhibit AP marked at Hearing on Motion to Dismiss :  Idaho Notice and Demand (March 24, 2011) |
| 5 | 34. | MER00994 | N/A | Exhibit AQ marked at Hearing on Motion to Dismiss:  Idaho Notice and Demand (March 24, 2010) |
| 5 | 35. | MER00995 | N/A | Exhibit AR marked at Hearing on Motion to Dismiss:  Idaho Notice and Demand (March 30, 2011) |

| MER Volume | MER Tab | MER Pages | Bankr. Ct. Docket No. | Description |
|---|---|---|---|---|
| 5 | 36. | MER00996-MER00997 | N/A | Exhibit 45 marked at Hearing on Motion to Dismiss:  Idaho State Tax Commission Notice and Demand (March 30, 2011) |
| 5 | 37. | MER00998-MER00999 | N/A | Exhibit AS marked at Hearing on Motion to Dismiss:  Idaho Notice of Tax Lien (T404958) |
| 5 | 38. | MER01000-MER01001 | N/A | Exhibit AT marked at Hearing on Motion to Dismiss:  Idaho Notice of Tax Lien (T412169) |
| 5 | 39. | MER01002-MER01003 | N/A | Exhibit AU marked at Hearing on Motion to Dismiss:  Idaho Notice of Tax Lien (T459882) |
| 5 | 40. | MER01004 | N/A | Exhibit AV marked at Hearing on Motion to Dismiss:  Idaho Notice of Levy (April 24, 2009) |
| 5 | 41. | MER01005-MER01006 | N/A | Exhibit AW marked at Hearing on Motion to Dismiss:  Idaho Notice of Levy (January 11, 2010) |
| 5 | 42. | MER01007-MER01008 | N/A | Exhibit AX marked at Hearing on Motion to Dismiss:  Idaho Notice of Levy (January 15, 2010) |
| 5 | 43. | MER01009-MER01010 | N/A | Exhibit AY marked at Hearing on Motion to Dismiss:  Idaho Notice of Levy (June 2, 2010) |
| 5 | 44. | MER01011-MER01022 | N/A | Exhibit AZ marked at Hearing on Motion to Dismiss:  Idaho Complaint for Money Judgment for Unpaid Taxes |
| 5 | 45. | MER01023-MER01024 | N/A | Exhibit BA marked at Hearing on Motion to Dismiss:  Idaho Default Judgment |
| 5 | 46. | MER01025-MER01029 | N/A | Exhibit BB marked at Hearing on Motion to Dismiss:  E-mail re Summary of Idaho Settlement Agreement |
| 5 | 47. | MER01030-MER01031 | N/A | Exhibit BC marked at Hearing on Motion to Dismiss:  Settlement Agreement dated April 19, 2011 between Idaho and Mr. Blixseth |
| | | | | *Hearing Exhibits re. Montana Claim* |
| 6 | 48. | MER01032-MER01101 | N/A | Exhibit BD marked at Hearing on Motion to Dismiss:  MT Tax Return for 2004 for Timothy and Edra Blixseth |

| MER Volume | MER Tab | MER Pages | Bankr. Ct. Docket No. | Description |
|---|---|---|---|---|
| 6 | 49. | MER01102 | N/A | Exhibit BE marked at Hearing on Motion to Dismiss:  2004 Montana-CLT4S form, Schedule 1, for Blixseth Group, Inc. |
| 6 | 50. | MER01103-MER01130 | N/A | Exhibit BF marked at Hearing on Motion to Dismiss:  EPA Consent Decree dated December 29, 2004 |
| 6 | 51. | MER01131-MER01142 | N/A | Exhibit BG marked at Hearing on Motion to Dismiss:  MT Audit Assessment Letter dated July 27, 2009 |
| 6 | 52. | MER01143-MER01146 | N/A | Exhibit BH marked at Hearing on Motion to Dismiss:  MT Letter dated January 7, 2011 |
| 6 | 53. | MER01147-MER01149 | N/A | Exhibit BI marked at Hearing on Motion to Dismiss:  MT Letter from MDOR to Timothy Blixseth dated March 3, 2010 |
| 6 | 54. | MER01150-MER01152 | N/A | Exhibit BK marked at Hearing on Motion to Dismiss:  Montana Department of Revenue letter to Madison County Clerk of the District Court, filing date 3-15-2010 and Warrant for Distraint |
| 6 | 55. | MER01153-MER01154 | N/A | Exhibit BL marked at Hearing on Motion to Dismiss:  Montana Department of Revenue letter to Gallatin County Clerk of the District Court, filing date 4-6-2010 |
| 6 | 56. | MER01155-MER01157 | N/A | Exhibit BM marked at Hearing on Motion to Dismiss:  Stipulation dated January 14, 2011 |
| 6 | 57. | MER01158-MER01200 | N/A | Exhibit BO marked at Hearing on Motion to Dismiss:  Complaint before Montana STAB dated February 10, 2011 |
| 6 | 58. | MER01201-MER01229 | N/A | Exhibit BP marked at Hearing on Motion to Dismiss:  BGI 2004 Federal Return Form 1120S |
| 6 | 59. | MER01230-MER01235 | N/A | Exhibit BQ marked at Hearing on Motion to Dismiss:  Notice of Referral to Office of Dispute Resolution Exhibit BT-12 |
| 7 | 60. | MER01236-MER01344 | N/A | Exhibit BR marked at Hearing on Motion to Dismiss:  Yellowstone Development, LLC 2004 Federal Partnership Return Form 1065 |

| MER Volume | MER Tab | MER Pages | Bankr. Ct. Docket No. | Description |
|---|---|---|---|---|
| 7 | 61. | MER01345-MER01358 | N/A | Exhibit BS marked at Hearing on Motion to Dismiss:  Yellowstone Development, LLC 2004 Montana Partnership Return Form PR-1 |
| 7 | 62. | MER01359-MER01395 | N/A | Exhibit BT marked at Hearing on Motion to Dismiss:  Taxpayer Response to MDOR's First Combined Discovery Requests |
| 7 | 63. | MER01396-MER01402 | N/A | Exhibit CM marked at Hearing on Motion to Dismiss:  Blixseth's Responses to MDOR's First Discovery (April 2, 2013) |
| 7 | 64. | MER01403-MER01438 | N/A | Exhibit CT marked at Hearing on Motion to Dismiss:  Blixseth creditor invoices/statements bills |
| 7 | 65. | MER01439-MER01444 | 75 | Exhibit DO marked at Hearing on Motion to Dismiss:  Declaration of Spencer Marks dated May 4, 2011 |
| 7 | 66. | MER01445-MER01448 | N/A | Exhibit DR marked at Hearing on Motion to Dismiss:  Declaration of Kim Davis dated May 28, 2013 |
| 7 | 67. | MER01449-MER01462 | N/A | Exhibit DS marked at Hearing on Motion to Dismiss:  Declaration of Spencer Marks dated May 28, 2013 |
| 7 | 68. | MER01463-MER01474 | N/A | Exhibit DT marked at Hearing on Motion to Dismiss:  Declaration of Peter Donnelly dated May 28, 2013 |
| 7 | 69. | MER01475-MER01477 | N/A | Exhibit DU marked at Hearing on Motion to Dismiss:  Declaration of Lee Keller dated May 28, 2013 |
| 8 | 70. | MER01478-MER01659 | Replaces 499 | Transcript of Hearing on Motion to Dismiss held on 06/13/2013, P.M. |
| 9 | 71. | MER01660-MER01817 | N/A | Docket Entries of U.S. Bankruptcy Court for the District of Nevada,  No. 11-15010 |

## CERTIFICATE OF SERVICE

        This will certify that on the 21st day of August, 2014, a true and correct copy of the foregoing pleading was served via the Court's CM/ECF notification system to parties subscribing to such system, and via electronic mail on the parties listed below.

Tim L. Blixseth
1605 73rd Ave., NE
Medina, WA 98039-02330
Email:   timblixseth@aol.com

                                        /s/ Lynn Hamilton Butler
                                        Lynn Hamilton Butler