1 | Rodney M. Jean, NV Bar #1395
rjean@lionelsawyer.com
Lionel Sawyer & Collins
300 S. 4th St., #1700
Las Vegas, Nevada 89101
(702) 383-8830; (702) 383-8845 (fax)

Lynn Hamilton Butler, TX Bar #03527350
lynn.butler@huschblackwell.com
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-9758; (512) 226-7318 (fax)
Admitted *Pro Hac Vice*

Keith A. Jones, MT. Bar #6518
kjones@mt.gov
Special Assistant Attorney General
Montana Department of Revenue, Legal Services Office
125 North Roberts Street / P.O. Box 7701
Helena, MT  59604-7701
(406) 444-5884
Admitted *Pro Hac Vice*

*Attorneys for Appellant/Cross-Appellee*
*Montana Department of Revenue*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MONTANA DEPARTMENT OF REVENUE,<br><br>    Appellant<br><br>v.<br><br>TIMOTHY L. BLIXSETH,<br><br>    Appellee | Case No.:  2:13-cv-01324-JAD<br><br>Bankruptcy Appeal From Involuntary Chapter 7 (Bankr. Case # 11-15010)<br><br>**Amended Stipulated Motion, Pursuant to LR 6-2, to Extend Appellant/Cross-Appellee Montana Department of Revenue's Briefing Deadline**<br><br>**(Fifth Request by MDOR)** |
| TIMOTHY L. BLIXSETH,<br><br>    Cross-Appellant<br><br>v.<br><br>MONTANA DEPARTMENT OF REVENUE,<br><br>    Cross-Appellee | **ORDER** |

AUS-6038353-1

Appellant/Cross-Appellee Montana Department of Revenue ("MDOR") notifies the Honorable Court as follows:

On December 1, 2014, Appellee/Cross-Appellant Timothy Blixseth timely filed his Opening Brief by the extended deadline agreed upon by the parties.

This is the fifth request for an extension in this appeal. The first request was filed on September 20, 2013 and requested a stay of the briefing schedule pending MDOR's request for direct appeal to the Ninth Circuit. The second request was filed on July 15, 2014 and requested additional time based on the Ninth Circuit's denial of MDOR's request for direct appeal. The third request was filed on August 4, 2013 and was based on a medical issue with one of MDOR's attorneys. The fourth request was filed on September 16, 2014 by stipulation and was based on Mr. Blixseth's status as a pro se litigant.

This current request is based upon the complexity of the issues involved in the appeal and cross-appeal and the upcoming holiday season. Given these issues, MDOR requested Mr. Blixseth's consent to stipulate to an extension of the MDOR briefing deadline. Mr. Blixseth, through his counsel, has consented.

MDOR has calculated MDOR's current deadline to file its response to Mr. Blixseth's opening brief and his opening cross-appellate brief to be December 31, 2014. Counsel for MDOR has conferred with counsel for Mr. Blixseth about stipulating to an extension of the December 31, 2014 deadline for 30 days to January 30, 2015. Mr. Blixseth has agreed to stipulate to such an extension. Consequently, MDOR and Mr. Blixseth agree that MDOR's new deadline would be Friday, January 30, 2015, upon the Honorable Court's approval.

**Conclusion**

For the foregoing reasons, MDOR and Mr. Blixseth respectfully request that the Honorable Court extend the deadline by which MDOR must file (i) its response brief to Mr. Blixseth's opening appellate brief and (ii) its opening cross-appellate brief, to Friday, January 30, 2015.

Respectfully submitted this 10th day of December, 2014.

/s/ Lynn Hamilton Butler
LYNN HAMILTON BUTLER
HUSCH BLACKWELL, L.L.P.
111 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 479-9758; (512) 226-7318 (fax)
lynn.butler@huschblackwell.com

/s/ Keith A. Jones
KEITH A. JONES
MONTANA DEPARTMENT OF REVENUE
Legal Services Office
125 North Roberts Street; P. O. Box 7701
Helena, MT 59604-7701
Phone: (406) 444-5884
Email: kjones@mt.gov

/s/ Rodney Jean
RODNEY JEAN
LIONEL SAWYER & COLLINS
300 S. 4th Street, #1700
Las Vegas, NV 89101
(702) 383-8888
Email: rjean@lionelsawyer.com

*Attorneys for Appellant/Cross-Appellee Montana Department of Revenue*

/s/ Nathan A. Schultz
Law Office of Nathan A. Schultz, P.C.
10621 Craig Road
Traverse City, MI 49686
(310) 429-7128
Email: nschultzesq@gmail.com

/s/ Mitchell D. Stipp
Law Office of Mitchell D. Stipp
10120 W. Flamingo Rd., Suite 4-124
Las Vegas, NV 89147
(702) 378-1907
Email: mstipp@stipplaw.com

*Attorneys For Appellee/Cross-Appellant Timothy L. Blixseth*

IT IS SO ORDERED.

DATED: December __10__, 2014

_____
Jennifer A. Dorsey
United States District Court Judge

3
AUS-6038353-1