1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Montana Department of Revenue,<br><br>    Plaintiff(s),<br><br>vs.<br><br>Timothy L. Blixseth<br><br>    Defendant(s). | Case #2:13-cv-01324-JAD<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

_____Kevin W. Barrett_____, Petitioner, respectfully represents to the Court:
           (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Bailey & Glasser LLP_____
                              (firm name)

with offices at _____209 Capitol Street_____,
                              (street address)

___Charleston___, ___West Virginia___, ___25301___,
   (city)              (state)          (zip code)

___304-345-6555___, ___kbarrett@baileyglasser.com___.
(area code + telephone number)      (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
Brian A. Glasser, as Trustee of the Yellowstone
Club Liquidating Trust              to provide legal representation in connection with
        [client(s)]

the above-entitled case now pending before this Court.

Rev. 1/15

3. That since 07/27/1988 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. Court of Appeals, Second Circuit | 03/03/1997 | |
| U.S. Court of Appeals, Sixth Circuit | 05/09/2013 | |
| U.S. Court of Appeals, Ninth Circuit | 11/13/2013 | |
| U.S. District Court, Eastern District of New York | 10/18/1988 | |
| U.S. District Court, Southern District of New York | 10/18/1988 | |
| U.S. District Court, Eastern District of Michigan | 1995 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

NONE

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

NONE

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| NONE | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 1/15

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF WEST VIRGINIA )
COUNTY OF KANAWHA )

KEVIN W. BARRETT, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 8th day of April, 2015.

_____
Patricia A. Wilson
Notary Public or Clerk of Court

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
PATRICIA A. WILSON
657 CAMPBELLS CREEK DRIVE
CHARLESTON, WV 25306
My Commission Expires July 12, 2023

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate Lars K. Evensen, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

9555 Hillwood Drive, 2nd Floor
(street address),

Las Vegas, Nevada, 89134,
(city)   (state)   (zip code)

702-669-4631, lkevensen@hollandhart
(area code + telephone number)   (Email address)

4

Rev. 1/15

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) ___Lars K. Evensen___ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Brian A. Glasser, as Trustee of the
Yellowstone Club Liquidating Trust
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

__8061__      __lkevensen@hollandhart.com__
Bar number            Email address

APPROVED:
Dated: April 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 1/15



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Kevin Wallace Barrett** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 27th day of July 1988, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on January 28, 2015.

*Aprilanne Agostino*
Clerk of the Court